No. 04A252 (04–385). STERN *v.* UNITED STATES. C. A. 1st Cir. Application for bail, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 04A255. GRAVES *v.* SCHROEDER, JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 04M15. JOYNER *v.* NEWS JOURNAL ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 128, Orig. ALASKA *v.* UNITED STATES. Motion of Alaska for leave to file a surreply denied. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g.,* 541 U. S. 1061.]

No. 02–1672. JACKSON *v.* BIRMINGHAM BOARD OF EDUCATION. C. A. 11th Cir. [Certiorari granted, 542 U. S. 903.] Motion of Alabama et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. The time is divided as follows: 20 minutes to respondent and 10 minutes to Alabama et al. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–710. DEVENPECK ET AL. *v.* ALFORD. C. A. 9th Cir. [Certiorari granted, 541 U. S. 987.] Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–855. CITY OF SHERRILL, NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted, 542 U. S. 936.] Motion of New York for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–923. ILLINOIS *v.* CABALLES. Sup. Ct. Ill. [Certiorari granted, 541 U. S. 972.] Motion of petitioner to dispense with printing the joint appendix granted.